# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE DAVID ROMERO, | ) | 1:06-cv-01866-AWI-TAG HC |
| Petitioner, | )<br>)<br>) | ORDER GRANTING PETITIONER'S |
| v. | )<br>) | MOTION FOR LEAVE TO FILE AMENDED PETITION (Doc. 6) |
| JAMES TILTON, et al., | )<br>) | ORDER DIRECTING CLERK OF COURT TO |
| Respondents. | )<br>) | SEND PETITIONER A FORM PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed his original federal petition on December 22, 2006. (Doc. 1). On October 9, 2007, Petitioner filed a motion for leave to file an amended petition, contending that he had inadvertently omitted one claim from the original petition and that the original petition contained numerous errors that he wished to correct in an amended petition. (Doc. 6).

**DISCUSSION**

A petitioner may amend a petition for writ of habeas corpus once "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a), as applied to habeas corpus actions pursuant to 28 U.S.C. § 2242 and Rule 11 of the Rules Governing Section 2254 Cases. Calderon v. United States District Court (Thomas), 144 F.3d 618, 620 (9th Cir. 1998); Bonn v. Calderon, 59 F.3d 815, 845 (9th Cir. 1995). Leave of court is required for all other amendments. Rule Civ. P. 15(a).

Here, no responsive pleading has been filed. Hence, there is no impediment to Petitioner's filing of an amended petition.

Accordingly, GOOD CAUSE having been presented, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion to amend (Doc. 6), is GRANTED.  Petitioner is granted thirty (30) days from the date of service of this order in which to file his amended petition for writ of habeas corpus.  Petitioner is also cautioned that all grounds for relief must raise cognizable federal claims.  The amended petition should be clearly and boldly titled "AMENDED PETITION," contain the appropriate case number, and be an original signed under penalty of perjury.  Petitioner is advised that the form petition must set forth all claims for relief, including the facts and arguments in support of those claims. **Petitioner should also note that every pleading to which an amendment is permitted must be retyped or rewritten and filed so that it is complete in itself without reference to the prior or superseded pleading**.  Local Rule 15-220.

2. The Clerk of Court is DIRECTED to send Petitioner a blank form petition for state prisoners filing pursuant to § 2254.

IT IS SO ORDERED.

Dated:  **January 4, 2008**          /s/ Theresa A. Goldner
                                      UNITED STATES MAGISTRATE JUDGE