IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAVID ROMERO, | 1:06-cv-01866-AWI TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| JAMES TILTON, et al., | (Doc. 18) |
| Respondent. | THIRTY (30) DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 2, 2008, Petitioner filed a motion to extend the time to file a traverse. (Doc. 18). Petitioner's motion asserts two grounds for an extension of time. First, he does not know when his traverse is due. Second, he has had restricted access to the prison law library.

As to Petitioner's first ground, the Court notes that the briefing schedule in this case was set by order dated May 16, 2008, which notified both parties that Petitioner's traverse, if any,[1] is due thirty (30) days from the date Respondent's answer is filed with the Court. (Doc. 11, p.2). Respondent's answer was filed on August 14, 2008. (Doc. 14). Respondent's proof of service reflects that the answer was served on Petitioner by mail on August 14, 2008. (Doc. 14, p. 23). Thus, Petitioner has been given proper notice of the deadline to file a traverse and his first ground does not establish good cause for a continuance.

---

[1] A traverse is not a mandatory pleading.

-1-

1  However, Petitioner also contends that he has been locked down in the prison where he
2  is incarcerated and has had restricted access to the prison law library.  Prison lockdowns and
3  restricted library access are not unusual.  Nevertheless, and in light of the fact that this is
4  Petitioner's first request for an extension of time in this action, the Court finds that good cause
5  exists to grant en extension of time, but only for thirty (30) days.

6  Accordingly, the Court makes the following orders:

7  1. Petitioner is granted thirty (30) days from the date of service of this order in which to
8  file a traverse; and

9  2. No further continuances will be granted without a showing of good
10 cause/extraordinary cirumstances.

12 IT IS SO ORDERED.

13 Dated:   **September 12, 2008**                    **/s/ Theresa A. Goldner**
                                                       UNITED STATES MAGISTRATE JUDGE